[Cite as *Williams v. Ohio Dept. of Rehab. & Corr.*, 2021-Ohio-2406.]

| | |
|---|---|
| MICHAEL WILLIAMS | Case No. 2019-00884JD |
| Plaintiff | Judge Patrick E. Sheeran<br>Magistrate Scott Sheets |
| v. | |
| | <u>JUDGMENT ENTRY</u> |
| OHIO DEPARTMENT OF<br>REHABILITATION AND CORRECTION | |
| Defendant | |

{¶1} On April 14, 2021, the magistrate issued a decision recommending judgment for plaintiff in the amount of $1,000.00.

{¶2} On April 28, 2021, defendant filed a motion for extension of time to file objections to the magistrate's decision. Pursuant to Civ.R. 53(D), defendant seeks a 45-day extension of time to file objections in order to secure a transcript of the proceedings to support any objections. Plaintiff opposes an extension of time because Civ.R. 53(D)(3)(b)(iii) expressly provides that objections can be timely filed without the transcript if the transcript is not currently available, and then supplement the objections with a transcript later.

{¶3} Civ.R. 53(D)(3)(b)(i) states that "[a] party may file written objections to a magistrate's decision within fourteen days of the filing of the decision * * *." Additionally, Civ.R. 53(D)(3)(b)(iii) provides:

> The objecting party shall file the transcript or affidavit with the court *within thirty days after filing objections unless the court extends the time in writing for preparation of the transcript or other good cause. If a party files timely objections prior to the date on which a transcript is prepared, the party may seek leave of court to supplement the objections.*

{¶4} Upon review, the Court finds that Civ.R. 53(D) does not explicitly provide for an extension of time to file objections based upon a transcript not being immediately

available. However, Civ.R. 53(D)(3)(b)(iii) provides that a party may supplement any objections with a transcript or affidavit of evidence if a party first timely files objections. Here, defendant did not file objections within the 14-day time period outlined in Civ.R. 53(D)(3)(b)(i) and has not provided good cause for failing to timely file its objections. Upon review of Civ.R. 53(D), the Court does not agree that an extension is necessary merely because a transcript is not immediately available. Accordingly, defendant's motion is DENIED.

{¶5} Since no objections were timely filed in this case, and there is no error of law or other defect evident on the face of the magistrate's decision, the Court adopts the magistrate's decision and recommendation as its own, including the findings of fact and conclusions of law contained therein. *See* Civ.R. 53(D)(4)(c). Judgment is rendered for plaintiff in the amount of $1,025.00, which includes the $25.00 filing fee paid by plaintiff. Court costs are assessed against defendant. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

PATRICK E. SHEERAN
Judge

**Filed May 10, 2021**
**Sent to S.C. Reporter 7/14/21**